Case 2:23-cv-00332-DCN   Document 2-3   Filed 07/18/23   Page 1 of 2

Electronically Filed
12/7/2022 10:39 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Bobee Deglman, Deputy Clerk

Monica Flood Brennan, ISB 5324
Monica Brennan, P.C.
PO Box 1298
Coeur d'Alene, ID  83814
Telephone: (208) 771-7333
Mbrennanpc@outlook.com

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| MERLE SIJOHN, a single male,<br><br>                      Plaintiff,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO; the KOOTENAI COUNTY SHERIFF'S OFFICE, ROBERT NORRIS, individually and in his official capacity as the Kootenai County Sheriff; Zach Sifford, individually and in his official capacity as a Kootenai County Deputy Sheriff; John Novak, individually and in his official capacity as the Kootenai County Sheriff employee; and JOHN/JANE DOES 1-10, individually and in their official capacities,<br><br>                      Defendants. | Case No.: CV28-22-7418<br><br>DECLARATION OF MERLE SIJOHN REGARDING MOTION TO WAIVE BOND AND INDIGENCY |

COMES NOW MERLE SIJOHN and Declares under the perjury laws of the State of Idaho.

---

DECLARATION OF MERLE SIJOHN REGARDING MOTION TO WAIVE BOND AND
INDIGENCY OF PLAINTIFF     - Page 1 of 2

1. I am 43 years old and have not worked since the incident that is the subject of this Complaint. I am incarcerated and I have no income. I have been incarcerated since this incident happened. I make no money while incarcerated.

2. I am a tribal Indian, and I make $8000 per year in per capita income. The money goes directly to the support of my children. I have two minor children who live on the Coeur d'Alene Tribe in Plummer, Idaho. None of this income comes to me.

3. I do not own any real property.

4. I have no money in the bank.

5. I have no other assets, bonds, investments or any other income.

6. I anticipate that I will be incarcerated for at least another two years.

I make this declaration under the penalty of perjury in the State of Idaho on the 6TH day of December, 2022.

By: _/s/ Merle SiJohn_____
Merle SiJohn