Filed: 12/08/2022 13:01:27
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Deputy Clerk - Booth, Kathy

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| Merle SiJohn<br>    Plaintiff,<br>vs.<br>Kootenai County, Robert Norris, Zachary Sifford, John Novak, Kootenai County Sheriff's Office, John & Jane Does 1-10<br>    Defendant. | Case No. CV28-22-7418<br><br>Voluntary Disqualification<br><br>Idaho Rules of Civil Procedure 40(c) |

I voluntarily disqualify myself from any further proceedings in this case pursuant to Idaho Rules of Civil Procedure 40(c) and request reassignment of this case.

Dated: 12/08/22

Judge Richard S. Christensen

**CERTIFICATE OF SERVICE**

I certify that on this date, I served a copy of the attached to:

Monica Marie Flood Brennan     mbrennanpc@outlook.com     [X] E-mail

Honorable Cynthia Meyer - odyssey queue

Karlene Behringer     kbehringer@kcgov.us     [X] By E-mail

Dated: 12/8/22

Jim Brannon
Clerk of the Court
By: _____
Deputy Clerk