Electronically Filed
6/7/2023 12:29 PM
First Judicial District, Kootenai County
Jennifer Locke, Clerk of the Court
By: Calvin Graham, Deputy Clerk

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| Plaintiff / Petitioner:<br>MERLE SIJOHN | Case No:<br>CV28-22-7418 |
|---|---|
| Defendant / Respondent:<br>KOOTENAI COUNTY, IDAHO; the KOOTENAI COUNTY SHERIFF'S OFFICE, ROBERT NORRIS, individually and in his official capacity as the Kootenai County Sheriff; Zach Sifford, individually and in his official capacity as a Kootenai County Deputy Sheriff; John Novak, individually and in his capacity as a Kootenai County Sheriff Deputy, and JOHN/JANE DOES 1-10, individually and in their official capacities, | **DECLARATION OF SERVICE** |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Wed, May 31 2023 at 04:21 PM, at the address of 5500 N Government Way, within Coeur D'Alene, ID, the undersigned duly served the following document(s): Complaint for Damages, and Summons in the above entitled action upon ROBERT NORRIS, by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with Lisa roberts.

**Description:**
Lisa Roberts- White female, early 30s, 5'10", 180 pounds, long dark brown hair.

I was referred to the civil desk at this address. I spoke with Brenda Cooper. She brought the Sheriffs administrative assistant Lisa Roberts out to accept the documents. I handed her three sets of the summons and complaint for damages through the little window. I explained to her that one set was for Robert Norris, and one set was for Zach SIFFORD and the third set is for John Novak.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct:**

**Date:** 05/31/2023

_____  05/31/2023
Suzette Cereghino					**Date**

Confidential Investigations
408 E Sherman Ave 301
Coeur D'Alene, ID 83814
208-762-5767