Monica Flood Brennan, ISB 5324
Monica Flood-Brennan, P.C.
505 E. Front Street, Suite 301
PO Box 1298
Coeur d'Alene, ID  83814
Telephone: (208) 771-7333
Mbrennanpc@outlook.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MERLE ANDREW SIJOHN, a single male,<br><br>                                        Plaintiff,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO; the KOOTENAI COUNTY SHERIFF'S OFFICE, ROBERT NORRIS, individually and in his official capacity as the Kootenai County Sheriff; Zach Sifford, individually and in his official capacity as a Kootenai County Deputy Sheriff; John Novak, individually and in his official capacity as the Kootenai County Sheriff employee; and JOHN/JANE DOES 1-10, individually and in their official capacities,<br><br>                                        Defendants. | Case No.:  2:23-cv-00332-DCN<br><br>PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)(1) |

   COMES NOW MERLE ANDREW SIJOHN and submits the following initial disclosures pursuant to F.R.C.P. 26(a)(1) as follows.  Plaintiff does not herein waive any attorney client privilege and reserves the right to supplement as discovery is ongoing.

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)(1)- Page 1 of 3

1. Merle SiJohn.  He is the Plaintiff herein and he is currently incarcerated in the Idaho State Penitentiary.  He may be contacted through his attorney, Monica Brennan;

2. Sheriff Robert Norris, Kootenai County, Idaho;

3. Zach Sifford, Kootenai County, Idaho, sheriff department;

4. John Novak, Kootenai County, Idaho, sheriff department;

5. All investigating and responding officers and anyone named in any of the police reports herein;

6. Any and all reports, investigation, videos, audios, and any other information or documentation disclosed by the defendants herein;

7. Sonny SiJohn, Ph;  208-582-0247, PO Box 214, Desmet, ID, 19 years old;

8. Ruben Dias, Plaintiff's son, ph:  208-215-0695:  23 years old;

9. Brutis SiJohn, Plaintiff's son, ph:  208-582-0719:  17 years old;

10. Jovanni SiJohn, Plaintiff's son, ph:  208-582-3026:

11. Victoria Abraham:  ph:  208-274-4455, Plaintiff's mom, PO Box 2245, Desmet, ID 83824;

12. Cindy Luduex:  ph: 208-651-3540; Plaintiff's aunt;

13. Troy Baldwin:  ph:  208-277-6687:  Plaintiff's friend;

14. Gregory Staeheli, MD, Doctor was at a Kootenai Health;

15. Any treatment providers at Kootenai Health who treated Merle SiJohn for injuries related to this incident;

16. Any treatment providers at the IDOC who treated Merle SiJohn for injuries related to this incident;

Respectfully submitted on the 20th day of November, 2023.

By: _/s/ Monica Flood Brennan_____
Monica Flood Brennan

CERTIFICATE OF SERVICE

    I hereby certify that I filed and served the foregoing on this 20th day of November, 2023 to the following via e-serve:

Jennifer Fegert,
Attorney for Defendants
jfegert@lclattorneys.com

Peter Erbland
Attorney for Defendants
perbland@lclattorneys.com

                                                */s/ Monica Flood Brennan*
                                                Monica Flood Brennan, ISB 5324